Submitted April 22—decided May 8, 1974

LINDA DELLACAMERA *v.* LOUIS DELLACAMERA

The defendant's motion for permission to file typewritten copies of his brief and appendix in the appeal from the Superior Court in New Haven

County is granted provided the brief and appendix are clearly legible and comply with the other requirements of Practice Book §§ 723 and 724, as amended.

*Richard Cramer,* in support of the motion.

Submitted April 23—decided May 8, 1974